UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                              :
In re:                                        :  Chapter 15
                                              :
CHINA HOSPITALS, INC.,¹                       :  Case No. 19-13767 (SCC)
                                              :
Debtor in a Foreign Proceeding.               :
                                              :
------------------------------------------------------------x
```

# AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 24, 2019, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit B** attached hereto:

- **Chapter 15 Petition for Recognition of a Foreign Proceeding [Docket No. 1]**
- **Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 3]**
- **Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 4]**
- **Declaration of Marc Kish in Support of (A) Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code and (B) Emergency Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Docket No. 5]**
- **Emergency Motion for Order Scheduling Recognition Hearing, Approving Form and Manner of Notice, and Granting Related Relief [Docket No. 6]**
- **Emergency Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Docket No. 7]**
- **Notice of Commencement of Chapter 15 Case [Docket No. 8]**

///

---

[1] China Hospitals, Inc. is the debtor in this chapter 15 case. China Hospitals, Inc. is a Cayman Islands exempt limited liability company with registration number 138088. The location of China Hospitals, Inc.'s registered office is c/o Borrelli Walsh (Cayman) Limited, P.O. Box 30847, 3rd floor Strathvale House, 90 N. Church St., George Town, Grand Cayman, KY1-1204, Cayman Islands.

- **Motion for Admission to Practice Pro Hac Vice [Docket No. 9]**

Dated: November 25, 2019

_____
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, California 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 25th day of November, 20 19, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

# **EXHIBIT A**

8 PARTIES OF INTEREST AND/OR SHAREHOLERS WERE SERVED. THE NAMES OF THESE PARTIES HAVE NOT BEEN STATED DUE TO THE NEED TO MAINTAIN CONFIDENTIALITY.

China Hospitals, Inc. -  Service List to e-mail Recipients                                                                                                             Served 11/24/2019

| | | |
|---|---|---|
| BORRELLI WALSH (CAYMAN) LIMITED<br>LUKE ALMOND<br>LOA@BORRELLIWALSH.COM | BORRELLI WALSH LIMITED<br>COSIMO BORRELLI<br>CB@BORRELLIWALSH.COM | HARNEY WESTWOOD & RIEGELS<br>HONGKONG@HARNEYS.COM |
| KINGBIRD LAW FIRM<br>SERVICES@KINGBIRD.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>SHANNON SCOTT<br>SHANNON.SCOTT2@USDOJ.GOV | SECURITIES AND EXCHANGE COMMISSION<br>CHAIRMANOFFICE@SEC.GOV |
| SINOWING LAW LLP<br>HR@SINOWINGLAW.COM | | |

Parties Served:  7

# **EXHIBIT B**

26 PARTIES OF INTEREST AND/OR SHAREHOLERS WERE SERVED. THE NAMES OF THESE PARTIES HAVE NOT BEEN STATED DUE TO THE NEED TO MAINTAIN CONFIDENTIALITY.

| | | |
|---|---|---|
| BANK OF AMERICA, N.A.<br>LEGAL ORDER PROCESSING<br>P.O. BOX 15047<br>WILMINGTON, DE 19850-5047 | BANK OF AMERICA, N.A.<br>PRESIDENT/LEGAL COUNSEL<br>100 N. TRYON STREET, SUITE 170<br>CHARLOTTE, NC 28255 | BANK OF AMERICA, N.A.<br>PRESIDENT/LEGAL COUNSEL<br>901 MAIN ST., 11TH FL.<br>DALLAS, TX 75202 |
| BANK OF AMERICA, N.A.<br>PRESIDENT/LEGAL COUNSEL<br>P.O. BOX 5270<br>CAROL STREAM, IL 60197-5270 | BENSON LI & CO. SOLICITORS<br>RE: DR. CHUANPING FRANK HU<br>UNIT 4408, 44TH FLOOR, COSCO<br>TOWER, 183 QUEEN'S ROAD<br>CENTRAL, HONG KONG | BORRELLI WALSH (CAYMAN) LIMITED<br>MR. LUKE ALMOND<br>G/F HARBOUR PLACE<br>GEORGETOWN<br>GRAND CAYMAN KY1-1204<br>CAYMAN ISLANDS |
| BORRELLI WALSH LIMITED<br>MR. COSIMO BORRELLI<br>LEVEL 17, TOWER 1, ADMIRALTY CENTRE<br>18 HARCOURT ROAD<br>HONG KONG<br>PEOPLE'S REPUBLIC OF CHINA | CHINA HOSPITALS, INC.<br>PRESIDENT/LEGAL COUNSEL<br>OFFSHORE INCORPORATIONS (CAYMAN) LIMITED<br>PO BOX 2804, FLOOR 4, WILLOW HOUSE<br>CRICKET SQUARE, GRAND CAYMAN, KYI-1112<br>CAYMAN ISLANDS | CLASSROOM INVESTMENTS INC.<br>PRESIDENT/LEGAL COUNSEL<br>5650 YONGE STREET<br>TORONTO, ON M2M 4H<br>CANADA |
| HARNEY WESTWOOD & RIEGELS<br>PRESIDENT/LEGAL COUNSEL<br>3501 THE CENTER<br>99 QUEEN'S ROAD CENTRAL<br>HONG KONG | INTERNAL REVENUE SERVICE<br>500 N. CAPITOL ST. NW<br>WASHINGTON, DC 20221 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERSHORE CONSULT (BVI) LTD.<br>DRAGON DOSAN TECHNOLOGY LIMITED<br>INTERSHORE CHAMBERS<br>P.O. BOX 4342<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS | KINGBIRD LAW FIRM<br>LU YONGGE<br>22/F, HENAN SHANGHUIDASHA<br>NO. 108, FULU STREET<br>ZHENGDONG NEW DISTRICT,<br>ZHENGZHOU, HENAN PROVINCE, CHINA | OFFICE OF THE ATTORNEY GENERAL<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>SHANNON SCOTT<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | PETER YUEN & ASSOCIATES<br>RE: DR. CHUANPING FRANK HU<br>30/F, ONE EXCHANGE SQUARE<br>8 CONNAUGHT PLACE, CENTRAL<br>HONG KONG | SECURITIES AND EXCHANGE COMMISSION<br>JAY CLAYTON<br>100 F ST. NE<br>WASHINGTON, DC 20549 |
| SINOWING LAW LLP<br>ZOU ZHENDONG/SUN HONGYU<br>BUILDING B, 702, CSRC BUILDING<br>NO.19 FINANCIAL STREET<br>XICHENG DISTRICT<br>BEIJING 100033 , CHINA | VISTRA (BVI) LIMITED<br>ABOVE GREAT LIMITED<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS | VISTRA (BVI) LIMITED<br>BEST STRIVE INTERNATIONAL<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS |
| VISTRA (BVI) LIMITED<br>CAPITAL BASIN ENTERPRISES LIMITED<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS | VISTRA (BVI) LIMITED<br>FORTUNE GLOBAL INTERNATIONAL LIMITED<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS | VISTRA (BVI) LIMITED<br>ITVEST HOLDING LIMITED<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS |
| VISTRA (BVI) LIMITED<br>REVEST HOLDING LTD<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS | VISTRA (BVI) LIMITED<br>WONDER EFFECT LIMITED<br>VISTRA CORPORATE SERVICES CENTER<br>WICKHAMS CAY II<br>ROAD TOWN, TORTOLA VG-1110<br>BRITISH VIRGIN ISLANDS | YAGCHI, PARTNERS & CIE<br>KHATER FAHAD<br>RUE DE LA TOUR-DE-LILE 4<br>1204 GENEVA<br>SWITZERLAND |

Parties Served: 27